## NORTH BRITISH & MERCANTILE INSURANCE CO. v. MORELOCK.

(Decided November 16, 1915.)

APPEAL from Birmingham City Court.

Heard before Hon. C. W. FERGUSON.

CABANISS & BOWIE, for appellant. HALEY & HALEY, for appellee.

Per curiam. Appeal dismissed by agreement.

----

## PARKER v. HORSESHOE LUMBER CO.

(Decided January 18, 1916.)

APPEAL from Covington Circuit Court.

Heard before Hon. H. A. PEARCE.

No counsel marked for appellant. HENRY OPP, for appellee.

Per curiam. Appeal dismissed by appellant.

----

## PAUL v. THOMPSON, ET AL.

(Decided November 11, 1916.)

APPEAL from Pike Chancery Court.

Heard before Hon. W. R. CHAPMAN.

A. B. FOSTER, for appellant. E. R. BRANNEN, for appellee.

ANDERSON, C. J.—The complainant not having met the burden of proof, the cause is affirmed.

MAYFIELD, SOMERVILLE and THOMAS, JJ., concur.

----

## RUSH, ET AL. v. FOWLKES, ET AL.

(Decided November 10, 1915.)

ORIGINAL petition in Supreme Court.

GREGORY L. & H. T. SMITH, for petitioners. No counsel marked for respondents.

Per curiam. Rule nisi denied.